■ NINTH FEDERAL SAVINGS AND LOAN ASSOCIATION OF NEW YORK CITY, v NEW YORK PROPERTY INSURANCE UNDERWRITING ASSOCIATION et al. — Motion, insofar as it seeks reargument, granted (see 99 AD2d 456) and, upon reargument, matter remanded to Special Term for consideration of defendant's motion to amend its answer and for consideration of defendant's motion for

summary judgment upon its ninth affirmative defense, in the event that Special Term determines to grant the first motion. Concur — Kupferman, J. P., Sullivan, Carro, Milonas and Kassal, JJ.